# AFFIDAVIT OF SERVICE

Index #: 1:18 cv 06377 JFK
Date Filed: ______
Court Date: ______
Assigned Justice: ______

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): PH:
ADDRESS: File No.: 886058

***COPPER LEAF LLC, A WASHINGTON STATE LIMITED LIABILITY COMPANY***

*Plaintiff(s)/Petitioner(s)*

*vs.*

***BELIZE INFRASTRUCTURE FUND I, LLC, A FLORIDA LIMITED LIABILITY COMPANY, BRENT BORLAND, AND MARCO CARUSO***

*Defendant(s)/Respondent(s)*

STATE OF New York , COUNTY OF SUFFOLK SS.:

TINA ARCURI, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Saturday, July 28, 2018** at **12:52 PM** .
at **43 NORTH HAVEN WAY, SAG HARBOR, NY 11963** deponent served the within

**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on: **BRETT BORLAND**

**Defendant** therein named.

#1 INDIVIDUAL [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person. Said premises is subjects [ ] actual place of business [ X] dwelling house (usual place of abode) within the state.

#2 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male Color of skin: White Color of hair: Shaved Age: 48 Height: Over 6ft
Weight: 161-200 lbs Other Features: slight accent

#3 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 MILITARYSRVC [ ] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or New York and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

#5 OTHER [ ]

#6 MAIL COPY [ ] On ______, deponent completed service by depositing a true copy of each document the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail #:

Sworn to before me on 07/30/2018

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

TINA ARCURI
Server's Lic #
InvoiceWorkOrder 2178076

***PM LEGAL 75 MAIDEN LANE, 11TH FLR NEW YORK, NY 10038***