UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Copper Leaf, LLC

                Plaintiff(s)        # 18 Cv 6377 (JFK)

      -V-

Belize Infrastructure Fund I, LLC,
Brent Borland and Marco Caruso

                Defendant(s)

------------------------------X

Oral Argument on the defense motion to set aside the default judgment is set for **February 9, 2022 at 11:15 a.m.** in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

1-11-22

JOHN F. KEENAN
United States District Judge