UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Copper Leaf, LLC

                Plaintiff(s)      # 18 Cv 6377 (JFK)

      -V-

Belize Infrastructure Fund I, LLC,
Brent Borland and Marco Caruso

                Defendant(s)
------------------------------X

The hearing is adjourned from June 22, 2022 to Thursday, June 23, 2022 at **11:30 a.m.** in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

6-13-22

_____
JOHN F. KEENAN
United States District Judge