```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COPPER LEAF LLC,                        :
                                        :
                    Plaintiff,          :    No. 18 Civ. 6377 (JFK)
                                        :
    -against-                           :         ORDER
                                        :
BELIZE INFRASTRUCTURE FUND              :
I, LLC, BRENT BORLAND, and              :
MARCO CARUSO                            :
                                        :
                    Defendants.         :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Before the Court are two motions filed by Defendant Marco Caruso ("Caruso"): (1) a letter motion to adjourn an evidentiary hearing in this case, (ECF No. 140); and (2) a motion to admit his prior deposition testimony in lieu of live testimony or, alternatively, to allow him to testify remotely, (ECF No. 144). For the reasons explained in detail during today's oral argument on the motions, Caruso's request for an adjournment is GRANTED and his request to admit his deposition transcripts or, in the alternative, testify remotely, is DENIED. The evidentiary hearing, which was scheduled for August 24, 2022, is adjourned to October 4, 2022, at 11:00 A.M. in Courtroom 20C. Caruso is advised that his failure to appear for the October 4, 2022, hearing may result in the imposition of sanctions, including, but not limited to, the dismissal of his Motion to Vacate the Default Judgment.

**SO ORDERED.**

Dated:  New York, New York
        August 24, 2022

_____
John F. Keenan
United States District Judge