UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COPPER LEAF LLC,

                Plaintiff,

      v.

BELIZE INFRASTRUCTURE FUND I, LLC, BRENT BORLAND, and MARCO CARUSO,

                Defendants.

No. 18-CV-6377 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been reassigned to me for all purposes. Due to a scheduling conflict, the evidentiary hearing presently scheduled for 11:00 a.m. on October 4, 2022 is hereby rescheduled to 1:00 p.m. on October 4. The hearing shall take place in Courtroom 1506 of the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, NY 10007. The case shall be stayed pending the completion of, and a ruling following, the evidentiary hearing.

    The Clerk of Court is respectfully directed to stay this case until further notice.

SO ORDERED.

Dated:    September 8, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge