# QUARANTA P.A.

John M. Quaranta, Esq.
john.quaranta@quaranta.law

November 14, 2022

**VIA CM/ECF**
The Honorable Ronnie Abrams                    Letter Motion to Adjourn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      *Re: Copper Leaf, LLC v. Belize Infrastructure Fund I, LLC, Brent Borland, and Marco Caruso,* **Case No. 1:18-cv-06377-RA.**

Dear Judge Abrams:

    I represent Plaintiff, Copper Leaf, LLC, in the above-captioned matter.

    The Court has scheduled an evidentiary hearing for November 18, 2022 at 11:30 am upon Defendant Marco Caruso's Motion to Set Aside Final Default Judgment (ECF No. 88) entered against him by the Court December 20, 2018. ECF No. 79.

    I write at 5pm today to advise the Court that the parties have not finalized the settlement agreement as the parties require final clarification of terms from Belizean counsel. Last week, Hurricane Lisa created storm surge in Belize City (where Belize counsel is located) and he has had spotty availability to us since last Friday. The written settlement agreement is 95% completed and agreed to, and only needs the final input of local Belize counsel concerning some of his edits.

    I have spoken with counsel for the movant (and with the parties to the settlement agreement) and we jointly request with the Court's indulgence, a brief adjournment to finalize the agreement. We would respectfully request that the Court adjourn the hearing that is currently scheduled Friday November 18, 2022, to any date 15 days thereafter.

Thank you for your consideration in this regard.

Respectfully Submitted,

/s/John M. Quaranta

JOHN M. QUARANTA

JMQ

---

Application granted. The evidentiary hearing scheduled for November 18, 2022 is hereby adjourned until December 1, 2022 at 2:00 p.m. By no later than November 28, 2022, the parties shall advise the Court whether they have resolved the matter.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/15/2022

**1600 Ponce de Leon Blvd., 10th Floor    Coral Gables, Florida 33134**
**Telephone 305.930.6077**