# QUARANTA P.A.

John M. Quaranta, Esq.
john.quaranta@quaranta.law

November 29, 2022

**VIA CM/ECF**

The Honorable Ronnie Abrams                    <u>Corrected[1] Letter Notice</u>
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    *Re: Copper Leaf, LLC v. Belize Infrastructure Fund I, LLC, Brent Borland, and*
    *Marco Caruso,* **Case No. 1:18-cv-06377-RA.**

Dear Judge Abrams:

   I represent Plaintiff, Copper Leaf, LLC, in the above-captioned matter.

    I write to notify the Court that the parties have amicably settled this matter obviating the need for the currently scheduled December 1, 2022 evidentiary hearing.

   As a result of this settlement, Plaintiff Copper Leaf hereby withdraws its opposition to Defendant Caruso's Motion to Set Aside Final Judgment [ECF No. 88] on the grounds that the Court lacked personal jurisdiction over Caruso. The parties have further agreed to the terms of the attached [Proposed] Agreed Order on Motion to Vacate Final Judgments previously rendered by the Court in Copper Leaf's favor and against Caruso [ECF Nos. 79, 80]. A copy of the agreed proposed order is attached hereto as Exhibit 1.

   As such, Copper Leaf respectfully requests that this Court render the proposed order.

   Thank you for your consideration in this regard.

       Respectfully Submitted,

       */s/ John M. Quaranta*

       JOHN M. QUARANTA

JMQ

Encl: As stated.

The evidentiary hearing scheduled for December 1, 2022 is hereby adjourned.

SO ORDERED.

Hon. Ronnie Abrams
11/30/2022

---

[1]  This Corrected Letter Notice is being filed as the original document filed "Motion to Withdraw Objection to Motion to Vacate" was not the most recently updated version of the document and was filed in error. The proposed order attached to this notice is the one we are requesting that the Court render. The undersigned apologizes for this mistake.