UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:18-cv-06377-JFK

COPPER LEAF, LLC, a Washington
State Limited Liability Company,

    Plaintiff,

vs.

BELIZE INFRASTRUCTURE FUND, et.al

    Defendants.
_____/

### ~~[PROPOSED]~~ AGREED ORDER ON MOTION TO VACATE FINAL JUDGMENTS

**THIS CAUSE**, having come before the Court on Defendant Marco Caruso's Motion to Vacate Final Judgment ("MTV") [ECF No. 88], and the Court having been apprised: i) that Plaintiff Copper Leaf LLC, has withdrawn its opposition to Caruso's MTV pursuant to a written settlement agreement between Copper Leaf and Caruso; and ii) that Copper Leaf and Caruso agree to the form of this Order,

**IT IS** on this 30th day of November,

**ORDERED** Caruso's Motion to Vacate Final Judgment [ECF No. 88] is hereby **GRANTED**. The final judgments previously rendered against Caruso [ECF Nos. 79, 80] are hereby **VACATED** and shall be of no further force or effect. Each party shall bear their own costs and fees.

**SO ORDERED**.

Dated: 11/30/2022
_____

_____
THE HONORABLE RONNIE ABRAMS
United States Judge